IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FIKRI BAYRAMOGLU,

        Petitioner,               No. CIV S-11-0699 DAD P

    vs.

J. TIM OCHOA,

        Respondent.         <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. This court will not rule on petitioner's request to proceed in forma pauperis.

        Petitioner is incarcerated in Riverside County and his underlying judgment of convicted was entered in the Marin County Superior Court. Marin County is in an area embraced by the United States District Court for the Northern District of California.

        Pursuant to 28 U.S.C. § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. Because petitioner was not convicted in this district, and is not presently confined here, this court does not have jurisdiction to entertain the application.

/////

1

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.  This court has not ruled on petitioner's request to proceed in forma pauperis;

3          2.  This matter is transferred to the United States District Court for the Northern

4    District of California.  28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

5    DATED: March 23, 2011.

6

7    _____

          DALE A. DROZD
8          UNITED STATES MAGISTRATE JUDGE

9

10   DAD:kly
     bayr0699.108b

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26